# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEVA RICHARDSON on behalf of minor daughter Tyana Richardson,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:12-cv-01631-SAB<br><br>ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>(ECF No. 14) |

The Court has considered the petition of Akeva Richardson for appointment as Guardian Ad Litem for Tyana Richardson, her minor daughter, who is Plaintiff in this action. Good cause appearing,

IT IS SO ORDERED, that Akeva Richardson is appointed as Guardian Ad Litem for Tyana Richardson, her minor daughter.

IT IS SO ORDERED.

Dated: **June 24, 2013**

UNITED STATES MAGISTRATE JUDGE

1