1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                  FRESNO DIVISION

12

13   AKEVA RICHARDSON, o/b/o          )
     minor T.R.,                       )      CASE NO. 1:12-cv-01631-SAB
                                        )
14                                      )
          Plaintiff,                    )
15                                      )
          v.                            )      ORDER ON STIPULTION FOR VOLUNTARY
                                        )      REMAND AND DISMISSAL OF CASE
16                                      )
     COMMISSIONER OF SOCIAL             )
17   SECURITY,                          )
                                        )
          Defendant.                    )
18   _____)

19

20        Pursuant to the stipulation of the parties, the Commissioner has agreed to a voluntary remand of

21   this case pursuant to sentence four of 42 U.S.C. § 405(g).  The administrative decision is HEREBY

22   VACATED and  the Clerk of the Court is DIRECTED to enter for Plaintiff.

23   IT IS SO ORDERED.

24        Dated:   **June 24, 2013**          _____
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28