1
2
3
4
5
6
7
8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                   FRESNO DIVISION

12

13  AKEVA RICHARDSON, o/b/o        )
    minor T.R.,                    )     CASE NO. 1:12-cv-01631-SAB
14                                 )
         Plaintiff,                )
15                                 )
              v.                   )     ORDER ON STIPULTION FOR VOLUNTARY
16                                 )     REMAND AND DISMISSAL OF CASE
    COMMISSIONER OF SOCIAL         )
17  SECURITY,                      )
                                   )
18       Defendant.                )
    _____)

19

20      Pursuant to the stipulation of the parties, the Commissioner has agreed to a voluntary remand of

21  this case pursuant to sentence four of 42 U.S.C. § 405(g).  The administrative decision is HEREBY

22  VACATED and  the Clerk of the Court is DIRECTED to enter for Plaintiff.

23  IT IS SO ORDERED.

24      Dated:   **June 24, 2013**      _____
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28