# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEKA RICHARDSON, on behalf of minor daughter T. R.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | Case No. 1:12-cv-01631-SAB<br><br>ORDER ON STIPULATION FOR AWARD OF EAJA FEES<br><br>(ECF No. 18) |

Pursuant to the stipulation of the parties, Equal Access to Justice Act, 28 U.S.C. § 2412(d), fees are awarded to Plaintiff in the amount of two thousand dollars ($2,000.00) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **July 25, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1