# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEKA RICHARDSON, on behalf of minor daughter T. R., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendants. | Case No.  1:12-cv-01631-SAB <br><br> ORDER ON STIPULATION FOR AWARD OF EAJA FEES <br><br> (ECF No. 18) |

    Pursuant to the stipulation of the parties, Equal Access to Justice Act, 28 U.S.C. § 2412(d), fees are awarded to Plaintiff in the amount of two thousand dollars ($2,000.00) subject to the terms of the stipulation.

IT IS SO ORDERED.


Dated:   __July 25, 2013__                              _____
                                                        UNITED STATES MAGISTRATE JUDGE